JAMES W. THOMPSON et al. v. JAMES NATIONS et al.

*Practice—Premature Motion for Judgment.*

Where, by a former ruling of this Court, an issue was left undetermined, and the cause stood for a new trial below, a motion for judgment was properly declined.

The opinion of this Court in the appeal heard at February Term, 1893 (112 N. C., p. 508), having been certified to the Court below, the defendants, at Fall Term, 1893, of Surry Superior Court, before *Winston, J.*, moved for judgment, which was refused, his Honor being of the opinion that the

certificate of the Supreme Court was not a final judgment, but only an order for a new trial. Defendants thereupon appealed.

*Mr. A. E. Holton,* for plaintiffs.

*Messrs. Glenn & Manly,* for defendants (appellants).

*Per Curiam:* The former ruling of this Court left the issue undetermined, and it is therefore open for a new trial. The motion of the defendants for judgment was properly declined.

Affirmed.